**SIGNED.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

Dated: December 02, 2009



# Minute Entry

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

### Hearing Information:

| | |
|---|---|
| **Debtor:** | JOE SALAZAR |
| **Case Number:** | 2:09-bk-05548-SSC     **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 24, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

### Matter:

EXPEDITED HEARING ON DEBTOR'S MOTION FOR RECONSIDERATION OF COURT'S ORDER GRANTING STAY RELIEF

**R / M #:**   55 / 0

### Appearances:

JOE SALAZAR
LEONARD MCDONALD, ATTORNEY FOR DEUTSCHE BANK NATIONAL

### Proceedings:

Mr. Salazar states that he did not receive notice of the trustee sale. He asked the court for 20 days to move out of the house.

COURT: IT IS ORDERED GRANTING THE MOTION FOR RECONSIDERATION. IT IS FURTHER ORDERED THAT THE STAY WILL REMAIN IN PLACE UNTIL DECEMBER 14, 2009.

_____
HONORABLE SARAH SHARER CURLEY
United States Bankruptcy Judge